NH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Andrea Jiminez Tepeque,

    Petitioner,

v.

Fred Figueroa, et al.,

    Respondents.

No. CV 25-01687-PHX-DJH (CDB)

**ORDER**

    Petitioner Andrea Jiminez Tepeque, who is confined in the Eloy Detention Center and is represented by counsel, has filed a Verified Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus (Doc. 1) and an Application to Proceed In District Court Without Prepaying Fees or Costs (Doc. 2). The Court will grant the Application to Proceed and require an answer to the Petition.

    In her Petition, Petitioner names as respondents Warden Fred Figueroa of Eloy Detention Center, Field Office Director John E. Cantu of the United States Immigration and Customs Enforcement Arizona Field Office, Director of the United States Immigration and Customs Enforcement Todd M. Lyons, Secretary of the United States Department of Homeland Security Kristi Noem, and Attorney General for the United States Pamela Jo Bondi.

    Petitioner raises three counts for relief. In Count One, she claims she has been detained for eight months with a final order of removal, without any evidentiary hearing depriving her of her Fifth Amendment rights to due process. In Count Two, Plaintiff asserts

TERMPSREF

she is being unlawfully detained pursuant to the Immigration and Nationality Act, 8 U.S.C. § 1231(a), which "authorizes detention 'beyond the removal period' only for the purposes of effectuating removal." She claims her removal is not reasonably foreseeable, therefore her continued detention does not effectuate the purpose of the statute. In Count Three, Petitioner alleges Respondents are violating the Administrative Procedures Act (APA), "by arbitrarily detaining [Petitioner], despite a final grant of relief from the immigration judge that bars removing Petitioner to Guatemala . . ., and the absence of any reliable indicia of her lawful status in any third country or evidence of a viable third country of removal."

Petitioner seeks release from custody, subject to supervision. The Court will require Respondent to answer the Petition.

**IT IS ORDERED:**

(1) Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **granted**. Petitioner is not required to pay the filing fee for this action.

(2) The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1), and this Order upon the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure. The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) **and** to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(3) Respondents must answer the Petition within 20 days of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(4) Regarding courtesy copies of documents for chambers, the parties are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, **shall be printed directly from CM/ECF**."

TERMPSREF

*See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf (emphasis added).

(5) Petitioner may file a reply within 30 days from the date of service of the answer.

(6) This matter is referred to Magistrate Judge Camille D. Bibles pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 27th day of May, 2025.

Honorable Diane J. Humetewa
United States District Judge

**TERMPSREF**

- 3 -