1
2
3
4
5
6                  **IN THE UNITED STATES DISTRICT COURT**
7                      **FOR THE DISTRICT OF ARIZONA**

8   Andrea Jiminez Tepeque,
                                          No. CV 25-01687 PHX DJH (CDB)
9                    Petitioner,
                                          **REPORT AND**
10  v.                                    **RECOMMENDATION**

11  Fred Figueroa, as warden of Eloy
    Detention Center, et al.,
12
                     Respondents.
13

14  **TO THE HONORABLE DIANE J. HUMETEWA:**

15          Petitioner, who was then detained at the Eloy Detention Center and was under a

16  final order of removal, filed a petition seeking her release from detention pursuant to

17  28 U.S.C. § 2241, citing *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). (ECF No. 1). The

18  matter was fully briefed on July 23, 2025. In an order entered October 7, 2025, the Court

19  required Respondents to advise as to whether Petitioner was still being detained. (ECF

20  No. 20). Respondents advised the Court that Petitioner had been removed from the

21  United States on October 2, 2025. (ECF No. 21). Petitioner's counsel, in compliance with

22  an order issued October 14, 2025 (ECF No. 22), allowed that because Petitioner had been

23  released from custody, i.e., removed from the United States, the petition is now moot

24  (ECF No. 23). Accordingly,

25          **IT IS RECOMMENDED that** the § 2241 petition at ECF No. 1 be **denied as**

26  **moot**.

27
28

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment.

Pursuant to Rule 72(b), Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. Thereafter, the parties have fourteen (14) days within which to file a response to the objections. Pursuant to Rule 7.2(e)(3) of the Local Rules of Civil Procedure for the United States District Court for the District of Arizona, objections to the Report and Recommendation may not exceed ten (10) pages in length. Failure to timely file objections to any factual or legal determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo appellate consideration of the issues. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Dated this 21st day of October, 2025.

Camille D. Bibles
United States Magistrate Judge