**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea Jiminez Tepeque,<br><br>Petitioner,<br><br>v.<br><br>Fred Figueroa, et al.,<br><br>Respondents. | No. CV-25-01687-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on Petitioner Andrea Jiminez Tepeque's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and the Report and Recommendation ("R&R") (Doc. 24) issued by United States Magistrate Judge Camille D. Bibles. Counsel for Petitioner has advised the Court the Petition is moot due to Petitioner's release from custody. (Doc. 23).

Accordingly,

**IT IS ORDERED** that the R&R (Doc. 24) is **accepted** and **adopted** as the Order of this Court. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **denied as moot**.

**IT IS FINALLY ORDERED** that the Clerk of Court shall terminate this action and enter judgment accordingly.

Dated this 4th day of December, 2025.

Honorable Diane J. Humetewa
United States District Judge