# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea Jiminez Tepeque,<br><br>　　　　Petitioner,<br><br>v.<br><br>Fred Figueroa, et al.,<br><br>　　　　Respondents. | **NO. CV-25-01687-PHX-DJH**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed December 4, 2025, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is denied. Petitioner to take nothing and this action is hereby dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

December 4, 2025

　　　　　　　　　　　　　　　　　　s/ K. Gray
　　　　　　　　　　　　　　By　　Deputy Clerk